UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| William P. Aull,<br><br>    Plaintiff,<br><br>vs.<br><br>NBS DEFAULT SERVICES, LLC, NATIONSTAR MORTGAGE, LLC and DOES 1-100, Inclusive,<br><br>    Defendant. | CASE NO.: 2:16-cv-01951-CAS-JC<br><br>[PROPOSED] JUDGMENT OF DISMISSAL |

**TO ALL PARTIES:**

On May 31, 2016, the Court issued an Order (Dkt. No. 13) dismissing the instant action due to Plaintiff's failure to file an amended Complaint. In this Order, the Court dismissed the action with prejudice. Accordingly, good cause exists to enter judgment in this matter.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

    1. Judgment shall be, and hereby is, entered against Plaintiff William P. Aull and in favor of Defendant Nationstat Mortgage LLC ("Nationstar");

2. Nationstar is hereby dismissed from the action with prejudice;

3. Plaintiff shall take nothing against Nationstar; and

4. Each side shall bear its own costs.

**IT IS SO ORDERED.**

DATED: June 2, 2016

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**MCGUIREWOODS LLP**
Adam F. Summerfield (SBN 259842)
1800 Century Park East
8th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210

Attorneys for Defendant Nationstar Mortgage LLC